JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| JOSE LUIS RIVERA,<br>Petitioner,<br>v.<br>ACTING OR CURRENT WARDEN, ADELANTO ICE PROCESSING CENTER GEO GROUP, INC, et al.,<br>Respondents. | Case No. 5:26-cv-05029-MRA-JDE<br><br>JUDGMENT |

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Petition is:

1. Granted, in part, with Respondents ORDERED to:

a. hold an individualized bond hearing before an immigration judge under 8 U.S.C. § 1226(a) for **Petitioner Jose Luis Rivera (A# 088-371-967)** within seven (7) days of the Judgment herein, with instructions that the immigration judge must provide a written, reasoned decision if bond is

denied, including all factual findings in support of such decision; or

b. release Petitioner from custody if Petitioner is not timely provided with the aforementioned bond hearing subject to his preexisting release conditions; and

2. Denied as to all other relief sought with prejudice; however, nothing herein precludes Petitioner from asserting future claims, in an appropriate forum, based on a change in circumstances.

Dated: October 16, 2026____

MÓNICA RAMÍREZ ALMADANI
United States District Judge